

Image source: Google Earth Pro
Image date: July 25, 2014
Data sources: MT Cadastral, BLM PLSS, and US National Map

**Grand Jury Exhibit A**