ERIC E. NELSON
Special Assistant U.S. Attorney
BRYAN R. WHITTAKER
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX:  (406) 457-5130
Email: Nelson.Eric@epa.gov
        Bryan.Whittaker@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 15-07-H-DWM |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE** |
| JOSEPH DAVID ROBERTSON, | |
| Defendant. | |

Special Assistant United States Attorney Eric E. Nelson hereby give notice

to the Court that on September 15, 2015, the U.S. Attorney's Office received a

voicemail from an individual named Mike Conners, contending that the defendant,

1

Joseph Robertson, is not indigent and therefore not entitled to representation by the Federal Public Defender's Office. Mr. Conners provided his contact information in the voicemail message. A copy of the voicemail message is being submitted to the court and to defense counsel on a CD.

DATED this 22nd day of September, 2015.

>MICHAEL W. COTTER
>United States Attorney
>
>/s/ *Eric E. Nelson*
>Special Assistant United States Attorney
>Attorney for Plaintiff