

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH DAVID ROBERTSON,

Defendant.

CR 15–07–H–DWM

VERDICT

1. We, the Jury in the above-entitled matter, unanimously find the defendant, Joseph David Robertson:

_____ Not Guilty

✓ Guilty

of unauthorized discharge of pollutants into waters of the United States, as charged in Count I of the indictment.

2. We, the Jury in the above-entitled matter, unanimously find the defendant, Joseph David Robertson:

_____ Not Guilty

__✓__ Guilty

of malicious mischief/injury to property of the United States, as charged in Count II of the indictment.

3. We, the Jury in the above-entitled matter, unanimously find the defendant, Joseph David Robertson:

_____ Not Guilty

__✓__ Guilty

of unauthorized discharge of pollutants into waters of the United States, as charged in Count III of the indictment.

Dated this __7th__ day of April, 2016.

Foreperson signature redacted. Original document filed under seal.